IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | No. CR 06-0083 |
| vs. | ) ) ) | |
| GEORGE LAWLER, | ) ) | |
| Defendant. | ) ) | |

## FINAL ORDER OF FORFEITURE

WHEREAS, on August 14, 2006, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), based upon the defendant's guilty plea entered on August 9, 2006, in which defendant consented to the forfeiture of any interest he had or has in the firearms alleged to be subject to forfeiture under the Forfeiture Allegation of the June 20, 2006, Indictment;

AND WHEREAS, on September 5, 2006, September 12, 2006, and September 19, 2006, the United States published notice of the forfeiture in the *Eldora Herald-Ledger,* a newspaper of general circulation in the area the firearms were seized, and of the United States' intent to dispose of the property in accordance with the law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

AND WHEREAS, no third-party claims have been made for return of seized property against the firearms included in the Preliminary Order of Forfeiture entered on August 14, 2006.

It is HEREBY ORDERED, ADJUDGED and DECREED:

1.　That the right, title and interest to the hereinafter described property of the defendant named, is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

2.　That the following property belonging to defendant George Lawler, who is the subject of this Order, is hereby condemned and forfeited to the United States of America, as follows:

- (a) a .357 Magnum Taurus revolver, Model 689, serial #NJ138105, additionally marked with Made in Brazil, Taurus Int. MFG, Miami FL USA;

- (b) . 22 LR Browning pistol, Model Buckmark, serial #655NW30501, additionally marked Morgan Utah, USA & Montreal, P.Q., Canada, Made in the USA;

- (c) a 7.62x39 CGA rifle, Model SKS, serial #C149140643; imported by GLNIC, LA, CA, additionally marked Made in China;

- (d) a 12 gauge Remington shotgun, Model 870 Wingmaster, serial #800197V, additionally marked Ilion NY, Made in USA;

- (e) a 12 gauge Remington shotgun, Model 870 Express Magnum, serial #A482037U, additionally marked Ilion NY, Made in USA;

- (f) a 30-30 Marlin rifle, Model 336CS, serial #10107795, additionally marked North Haven CT USA;

- (g) a 12 gauge E.R. Amantino shotgun, Model Condor, serial #35467, Importer Stoeger, Wayne NJ, additionally marked Brazil;

- (h) a .22 LR Ruger rifle, Model 10/22, serial #238-38126, additionally marked Southport, Conn., USA, and

- (i) a .22 caliber revolver, serial #E27165

seized from defendant on or about September 12, 2004.

3. That the Bureau of Alcohol, Tobacco, Firearms, and Explosives, is hereby authorized to dispose of the firearms identified in paragraph 2 of this Order.

4. That the United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order; and

5. That the Clerk of the Court shall forward three certified copies of this Order to the United States Attorney's Office, Attention: Assistant U.S. Attorney Martin J. McLaughlin.

Ordered this 19 day of Oct, 2006.

Linda R. Reade
Judge, U.S. District Court
Northern District of Iowa